PER CURIAM.
 

 On December 11, 2009, the trial court entered final judgment in favor of Appellee/Defendant Plantation General Hospital Limited Partnership d/b/a Columbia Plantation General Hospital, based on
 
 Bayfront Medical Center v. Florida Birth-Related Neurological Injury Compensation Ass’n.,
 
 982 So.2d 704 (Fla. 2d DCA 2008). The Florida Supreme Court quashed
 
 Bayfront
 
 in
 
 Florida Birthr-Related Neurological Injury Compensation Ass’n. v. Department of Administrative Hearings,
 
 29 So.3d 992 (Fla.2010).
 

 The parties, having entered into a joint stipulation of error, conceded that the Florida Supreme Court’s opinion controls the facts of this case. As such, we reverse the final judgment and remand for further proceedings.
 

 Reversed and Remanded.
 

 TAYLOR, GERBER and LEVINE, JJ., concur.